# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

### CASE NO. 6:20-cv-00296-WWB-DCI

HELEN AQUINO,

    Plaintiff,

HY CITE ENTERPRISES, LLC,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that HELEN AQUINO (the "Plaintiff") and HY CITE ENTERPRISES, LLC (the "Defendant"), hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: April 24, 2020

    Respectfully submitted,

    **HELEN AQUINO**

    */s/ Alexander J. Taylor*
    Alexander J. Taylor
    Sulaiman Law Group, Ltd.
    2500 South Highland Avenue,
    Suite 200
    Lombard, IL 60148
    (630) 575-8181
    ataylor@sulaimanlaw.com
    *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 24, 2020, I electronically filed the foregoing with the Clerk of the Court for the Middle District of Florida by using the CM/ECF system.

                Respectfully submitted,
                /s/ Alexander J. Taylor
                Alexander J. Taylor, Esq.