**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HELEN AQUINO,

      Plaintiff,

v.                                                    Case No: 6:20-cv-296-Orl-78DCI

HY CITE ENTERPRISES, LLC,

      Defendant.
_____/

**ORDER**

Plaintiff advised the Court that the parties settled the case. (Doc. 18 at 1). Under Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** this case is **DISMISSED with prejudice**, subject to the right of any party to move the Court: (1) to enter a stipulated form of final order or judgment within sixty days; or (2) on good cause shown, to reopen the case. The Clerk of Court is directed to administratively close the file.

**DONE AND ORDERED** in Orlando, Florida on April 28, 2020.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record