IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Helen Aquino,                               CASE NO.: 6-20-cv-00296

    Plaintiff,

v.

Hy Cite Enterprises, LLC,

    Defendant.
_____/

**JOINT STIPULATION FOR ENTRY OF ORDER OF DISMISSAL WITH PREJUDICE**

    Plaintiff Helen Aquino and Defendant Hy Cite Enterprises, LLC (each a "Party" and collectively the "Parties"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action, with prejudice and with each Party to bear her/its own attorneys' fees, costs, and expenses, and to the entry of the proposed Order of Dismissal with Prejudice attached hereto as **Exhibit A**.

    Dated: .

Respectfully submitted,

| | |
|---|---|
| */s/ Alexander J. Taylor* | */s/ Sara A. Brubaker* |
| Alexander J. Taylor, Esq. | **Jason L. Margolin, Esq.** |
| Florida Bar No. 1013947 | Florida Bar No. 69881 |
| Sulaiman Law Group, Ltd. | **AKERMAN LLP** |
| 2500 S. Highland Ave., Suite 200 | 401 E. Jackson Street, Suite 1700 |
| Lombard, IL 60148 | Tampa, Florida 33602 |
| Telephone: (630) 575-8181 | Telephone: (813) 223-7333 |
| Facsimile: (630) 575-8188 | Facsimile: (813) 223-2837 |
| ataylor@sulaimanlaw.com | Primary E-mail: jason.margolin@akerman.com |
| *Counsel for Plaintiff* | AND |
| | **Sara A. Brubaker, Esq.** |
| | Florida Bar Number: 105769 |

1

**AKERMAN LLP**
420 S. Orange Ave., Suite 1200
Orlando, FL  32801
Phone:  (407) 423-4000
Fax:  (407) 843-6610
Primary E-mail:
sara.brubaker@akerman.com

*Attorneys for Defendant Hy Cite Enterprises, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 29, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which provided notice to all CM/ECF participants in this case.

           */s/ Sara A. Brubaker*
           Sara A. Brubaker