**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HELEN AQUINO,

      Plaintiff,

v.                                                                Case No: 6:20-cv-296-Orl-78DCI

HY CITE ENTERPRISES, LLC,

      Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court on the parties' Joint Stipulation for Entry of Order of Dismissal with Prejudice (Doc. 20). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on June 2, 2020.

*[Signature]*
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record